| Attorney or Party without Attorney: Christopher Burke, Esq., Bar #214799<br>Scott + Scott, LLP<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>Telephone No: 619-233-4565    FAX No: 619-233-0508 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff    Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Northern District Of California

Plaintiff: Katrina Key, et al.,
Defendant: Apple Inc., et al.,

| AFFIDAVIT OF SERVICE Summons / Complaint | Hearing Date: | Time: | Dept/Div: | Case Number: CV114754EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Magistrate Judge Elizabeth D. Laporte; Standing Order Re Case Management Conference; Standing Order For All Judges Of The Northern District Of California; Ecf Registration Information Handout; N D C A Guidelines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule 3-5); Adr Certification By Parties And Cousel; Consenting To A Magistrate Judge's Jurisdiction Booklet

3. a. Party served: Simon & Schuster, Inc.
   b. Person served: Cathy Kreiger-Jewell / Person Authorized to Accept Service, Caucasian, Female, 45 Years Old, Gray Hair, Brown Eyes, 5 Feet 7 Inches, 120 Pounds

4. Address where the party was served: Corporation Service Company
   80 State Street
   Albany, NY 12207

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Oct. 05, 2011 (2) at: 10:22AM

7. Person Who Served Papers:
   a. Michael Alvaro
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

10/05/11
(Date)              (Signature)

8. STATE OF NEW YORK, COUNTY OF __Albany__
Subscribed and sworn to (or affirmed) before me on this __5th__ day of __October__ 2011 by Michael Alvaro proved to me on the basis of satisfactory evidence to be the person who appeared before me.

GARY T. SMITH
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01SM5053659
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES DECEMBER 26, 2013

AFFIDAVIT OF SERVICE
Summons / Complaint

(Notary Signature)

chrbur.123469