1 | RAOUL D. KENNEDY (STATE BAR NO. 40892)
Raoul.Kennedy@skadden.com
2 | RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
4 | Palo Alto, California 94301
Telephone: (650) 470-4500
5 | Facsimile:  (650) 470-4570

6 | PAUL M. ECKLES (STATE BAR NO. 181156)
Paul.Eckles@skadden.com
7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
8 | New York, New York 10036
Telephone: (212) 735-3000
9 | Facsimile:  (212) 735-2000

10 | Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

11 |

12 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
13 | **SAN FRANCISCO DIVISION**

14 | KATRINA KEY, Individually and on Behalf )  **CASE NO. 3:11-cv-04754-EMC**
of All Others Similarly Situated,        )
15 |                                         )
                      Plaintiff,          )  **STIPULATION AND [PROPOSED]**
16 |                                         )  **ORDER TO EXTEND TIME TO**
           vs.                            )  **RESPOND TO COMPLAINT**
17 |                                         )
APPLE INC.; HACHETTE BOOK GROUP;         )
18 | HARPERCOLLINS PUBLISHERS, INC.;         )
MACMILLAN PUBLISHERS, INC.;              )
19 | PENGUIN GROUP (USA) INC.; and SIMON     )
& SCHUSTER, INC.,                        )
20 |                                         )
                      Defendants.         )
21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND          CASE NO. 3:11-cv-04754-EMC

1
2

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO COMPLAINT**

3          WHEREAS, there have been multiple actions related to this case filed in both the

4   Northern District of California and the Southern District of New York (the "Actions");

5          WHEREAS, the Court has entered an order in one of the related actions, *Petru,, et*

6   *al. v. Apple, Inc.*, *et al.* (11-cv-3892 N.D. Cal.) (the "*Petru* Action"), to extend the time to answer,

7   move or otherwise respond to the complaint until December 15, 2011, without prejudice to the

8   right of any party to seek a further adjustment to the schedule;

9          WHEREAS, on October 5th, 2011, the Court entered an order relating the above

10   captioned action to the *Petru* Action and transferring this action to the Honorable Edward M. Chen;

11          WHEREAS, the parties have agreed that the response date in this action should not

12   come prior to the response date in the *Petru* Action;

13          WHEREAS, Plaintiff agrees that submission of this Stipulation should be without

14   prejudice to any defense of Hachette Book Group, Inc., HarperCollins Publishers L.L.C.

15   (incorrectly sued as "HarperCollins Publishers, Inc."), Holtzbrinck Publishers, LLC d/b/a

16   Macmillan (incorrectly sued as "Macmillan Publishers, Inc."), Penguin Group (USA) Inc., Simon

17   & Schuster, Inc., and Apple, Inc. (collectively, "Defendants");

18          WHEREAS, there have been no other modifications to Defendants' time to answer,

19   move or otherwise respond to the complaint in this action;

20          WHEREAS, this stipulation to extend the time within which Defendants have to

21   answer, move or otherwise respond to the complaint in this action will not alter the date of any

22   event or any deadline already fixed by Court order;

23          NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

24   between Plaintiff and Defendants, as follows:

25          1.      Pursuant to Civil Local Rules 6-1, 6-2, and 7-12 Defendants' time to answer,

26   move or otherwise respond to the complaint is hereby extended to December 15, 2011, without

27   prejudice to the right of any party to seek a further adjustment to the response date based on future

28   developments;

1        2.    If any of the Defendants that is a party to this Stipulation responds to a

2 complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will

3 respond to the complaint in this action at the same time;

4        3.    No defense of Defendants is prejudiced or waived by its submission of this

5 Stipulation;  and

6        4.    Defense counsel may file notices of appearance in this action without

7 prejudice to their respective clients' jurisdictional or venue defenses.

8 DATED:  October 12, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   /s/ Raoul D. Kennedy
RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time To Respond To Complaint.  In compliance with General Order 45, X.B., I attest that each of the following signatories has concurred in this filing.

SHEARMAN & STERLING LLP

By:   /s/ James Donato
JAMES DONATO

Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199

Attorneys for Specially Appearing Defendant
HACHETTE BOOK GROUP, INC.

2

1        SIDLEY AUSTIN LLP

2

3        By:   /s/ Samuel R. Miller
                    SAMUEL R. MILLER
4
         555 California Street
5        San Francisco, California 94104
         Telephone:  (415) 772-1200
6        Facsimile:  (415) 772-7400

7                Attorneys for Specially Appearing Defendant
                     HOLTZBRINCK PUBLISHERS, LLC
8                        D/B/A MACMILLAN

9        AKIN GUMP STRAUSS HAUER & FELD LLP

10

11       By:   /s/ Reginald D. Steer
                    REGINALD D. STEER
12
         580 California Street, Suite 1500
13       San Francisco, California 94104-1036
         Telephone:  (415) 765-9520
14       Facsimile:  (415) 765-9501

15               Attorneys for Specially Appearing Defendant
                     PENGUIN GROUP (USA) INC.
16
         WEIL, GOTSHAL & MANGES LLP
17

18
         By:   /s/ Gregory D. Hull
19                  GREGORY D. HULL

20       201 Redwood Shores Parkway
         Redwood Shores, California 94065
21       Telephone:  (650) 802-3000
         Facsimile:  (650) 802-3100
22
                 Attorneys for Specially Appearing Defendant
23                   SIMON & SCHUSTER, INC.

24

25

26

27

28

                                 3

1

GIBSON, DUNN & CRUTCHER LLP

2

3

By:   /s/ Daniel S. Floyd
                    DANIEL S. FLOYD

4

5

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7148

6

Facsimile:  (213) 229-7520

7

Attorneys for Specially Appearing Defendant
APPLE INC.

8

9

SCOTT+SCOTT LLP

10

By:   /s/ Walter W. Noss

11

WALTER W. NOSS

12

707 Broadway, Suite 1000
San Diego, CA 92101

13

Telephone:  (619) 233-4565

14

15

Attorneys for Plaintiff

16

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2011

17

By:_____

18

Hon. Edward M. Chen
U.S. DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28

4