1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   Raoul.Kennedy@skadden.com
2  RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
   Richard.Horvath@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
4  Palo Alto, California 94301
   Telephone: (650) 470-4500
5  Facsimile:  (650) 470-4570

6  PAUL M. ECKLES (STATE BAR NO. 181156)
   Paul.Eckles@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Times Square
8  New York, New York 10036
   Telephone: (212) 735-3000
9  Facsimile:  (212) 735-2000

10 Attorneys for Specially Appearing Defendant
   HARPERCOLLINS PUBLISHERS L.L.C.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KATRINA KEY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>        Defendants. | **CASE NO. 3:11-cv-04754-EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, there have been multiple actions related to this case filed in both the Northern District of California and the Southern District of New York (the "Actions");

WHEREAS, the Court has entered an order in one of the related actions, *Petru,, et al. v. Apple, Inc., et al.* (11-cv-3892 N.D. Cal.) (the "*Petru* Action"), to extend the time to answer, move or otherwise respond to the complaint until December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the schedule;

WHEREAS, on October 5th, 2011, the Court entered an order relating the above captioned action to the *Petru* Action and transferring this action to the Honorable Edward M. Chen;

WHEREAS, the parties have agreed that the response date in this action should not come prior to the response date in the *Petru* Action;

WHEREAS, Plaintiff agrees that submission of this Stipulation should be without prejudice to any defense of Hachette Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers, Inc."), Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as "Macmillan Publishers, Inc."), Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively, "Defendants");

WHEREAS, there have been no other modifications to Defendants' time to answer, move or otherwise respond to the complaint in this action;

WHEREAS, this stipulation to extend the time within which Defendants have to answer, move or otherwise respond to the complaint in this action will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, as follows:

1. Pursuant to Civil Local Rules 6-1, 6-2, and 7-12 Defendants' time to answer, move or otherwise respond to the complaint is hereby extended to December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the response date based on future developments;

1

2. If any of the Defendants that is a party to this Stipulation responds to a complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will respond to the complaint in this action at the same time;

3. No defense of Defendants is prejudiced or waived by its submission of this Stipulation; and

4. Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional or venue defenses.

DATED: October 12, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Raoul D. Kennedy
RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time To Respond To Complaint. In compliance with General Order 45, X.B., I attest that each of the following signatories has concurred in this filing.

SHEARMAN & STERLING LLP

By: /s/ James Donato
JAMES DONATO

Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Attorneys for Specially Appearing Defendant
HACHETTE BOOK GROUP, INC.

SIDLEY AUSTIN LLP


By: /s/ Samuel R. Miller
            SAMUEL R. MILLER

555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Specially Appearing Defendant
HOLTZBRINCK PUBLISHERS, LLC
D/B/A MACMILLAN

AKIN GUMP STRAUSS HAUER & FELD LLP


By: /s/ Reginald D. Steer
            REGINALD D. STEER

580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: (415) 765-9520
Facsimile: (415) 765-9501

Attorneys for Specially Appearing Defendant
PENGUIN GROUP (USA) INC.

WEIL, GOTSHAL & MANGES LLP


By: /s/ Gregory D. Hull
            GREGORY D. HULL

201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Specially Appearing Defendant
SIMON & SCHUSTER, INC.

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND                    CASE NO. 3:11-CV-04754-EMC

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | |
| 3 | By: /s/ Daniel S. Floyd |
| | DANIEL S. FLOYD |
| 4 | |
| 5 | 333 South Grand Avenue |
| | Los Angeles, CA 90071-3197 |
| | Telephone:  (213) 229-7148 |
| 6 | Facsimile:  (213) 229-7520 |
| 7 | Attorneys for Specially Appearing Defendant |
| | APPLE INC. |
| 8 | |
| | SCOTT+SCOTT LLP |
| 9 | |
| 10 | |
| | By: /s/ Walter W. Noss |
| 11 | WALTER W. NOSS |
| 12 | |
| | 707 Broadway, Suite 1000 |
| | San Diego, CA 92101 |
| 13 | Telephone:  (619) 233-4565 |
| 14 | |
| 15 | Attorneys for Plaintiff |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____10/13_____, 2011

By:_____
U.S. DISTRICT JUDGE
Judge Edward M. Chen

---

4

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND**          **CASE NO. 3:11-cv-04754-EMC**