| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Christopher Burke, Esq., Bar #214799<br>Scott + Scott, LLP<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>Telephone No: 619-233-4565    FAX No: 619-233-0508 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court - Northern District Of California

Plaintiff: Katrina Key, et al.,

Defendant: Apple Inc., et al.,

| **AFFIDAVIT OF SERVICE**<br>**Summons / Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV114754EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines;  Standing Order For Magistrate Judge Elizabeth D. Laporte; Standing Order Re Case Management Conference; Standing Order For All Judges Of The Northern District Of California; Ecf Registration Information Handout; N D C A Guidelines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule 3-5); Adr Certification By Parties And Cousel; Consenting To A Magistrate Judge's Jurisdiction Booklet

3. a. Party served:      Hachette Book Group
   b. Person served:     Diana Gonzalez, Person Authorized to Accept Service

4. Address where the party was served:    237 Park Avenue
                                          New York, NY  10017

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Oct. 04, 2011 (2) at: 12:33PM

7. Person Who Served Papers:
   a. Jason Agee
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

   10-11-11
   (Date)

   (Signature)

8. STATE OF NEW YORK, COUNTY OF *New York*

   Subscribed and sworn to (or affirmed) before me on this 11TH day of OCTOBER, 2011 by Jason Agee

   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   MICHAEL KEATING
   Notary Public, State of New York
   Reg. No. 01-KE-4851559
   Qualified in New York County
   Commission Expires February 3, 20 14

   AFFIDAVIT OF SERVICE
   Summons / Complaint

   (Notary Signature)

   chrbur.123465