| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Christopher Burke, Esq., Bar #214799 Scott + Scott, LLP 707 Broadway, Suite 1000 San Diego, CA 92101 | | | | |
| Telephone No: 619-233-4565 | FAX No: 619-233-0508 | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Northern District Of California

Plaintiff: Katrina Key, et al.,
Defendant: Apple Inc., et al.,

| PROOF OF SERVICE Summons / Complaint | Hearing Date: | Time: | Dept/Div: | Case Number: CV114754EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Magistrate Judge Elizabeth D. Laporte; Standing Order Re Case Management Conference; Standing Order For All Judges Of The Northern District Of California; Ecf Registration Information Handout; N D C A Guidelines; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule 3-5); Adr Certification By Parties And Cousel; Consenting To A Magistrate Judge's Jurisdiction Booklet

3. a. Party served: Apple, Inc.
   b. Person served: Margaret Wilson, Person Authorized to Accept Service.

4. Address where the party was served: C T Corporation
   818 W. 7th Street
   Los Angeles, CA 90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Oct. 05, 2011 (2) at: 2:30PM

7. Person Who Served Papers:
   a. Richard Gari
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 4047
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Tue, Oct. 11, 2011

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons / Complaint

(Richard Gari)

chrbur.123506