RAOUL D. KENNEDY (STATE BAR NO. 40892)
Raoul.Kennedy@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

PAUL M. ECKLES (STATE BAR NO. 181156)
Paul.Eckles@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KATRINA KEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC.; HACHETTE BOOK GROUP; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC., <br><br> Defendants. | CASE NO. 3:11-cv-04754-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING (1) EXTENDING TIME TO RESPOND TO THE COMPLAINT AND (2) CASE COORDINATION** |

### STIPULATION AND [PROPOSED] ORDER REGARDING (1) EXTENDING TIME TO RESPOND TO THE COMPLAINT AND (2) CASE COORDINATION

WHEREAS, there have been multiple actions related to the above-captioned action filed in both the Northern District of California and the Southern District of New York (the "Actions");

WHEREAS, on September 9, 2011, the court in the New York Actions entered a stipulation and order providing that the time for defendants Hachette Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers, Inc."), Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as Macmillan Publishers, Inc.), Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively, "Defendants") to answer, move, or otherwise respond to the complaints in the New York Actions would be enlarged to the 60th day after the Actions have been consolidated in a single forum and a consolidated amended complaint has been filed (or lead plaintiffs' counsel has announced by filed notice that it will not be filing a consolidated amended complaint);

WHEREAS, on October 5, 2011, the Court related the above-captioned action to *Petru, et. al. v. Apple, Inc., et al.*, C.A. No. 3:11-03892 (N. D. Cal.);

WHEREAS, on October 13, 2011, pursuant to parties' stipulation, the Court entered an order providing that Defendants' time to answer, move, or otherwise respond to the complaint in this action would be enlarged until December 15, 2011, and without prejudice to Defendants seeking a further enlargement of the time to answer, move, or otherwise respond;

WHEREAS, pursuant to the Clerk's Notice dated November 2, 2011, the Initial Case Management Conference in the above-captioned action is scheduled for January 6, 2012;

WHEREAS, on December 9, 2011, the Judicial Panel on Multidistrict Litigation (the "JPML") issued an order pursuant to 28 U.S.C. § 1407 to transfer *Petru, et. al. v. Apple, Inc., et al.*, C.A. No. 3:11-03892 and *Diamond, et al. v. Apple, Inc., et al.*, C.A. No. 3:11-03954, currently pending in the Northern District of California, to the Southern District of New York and assign them to the Honorable Denise L. Cote for coordinated and consolidated pretrial proceedings

1  with the actions already pending in the Southern District of New York, *In re Electronic Books*
2  *Antitrust Litigation*, MDL Docket No. 2293 (the "Consolidated New York Actions");

3          WHEREAS, on December 9, 2011, counsel, who purported to act on behalf of
4  plaintiffs in ten of the eleven Actions filed in this Court, sent a letter to Judge Cote regarding case
5  administration of the Actions;

6          WHEREAS, lead plaintiffs' counsel has not yet been appointed in the Consolidated
7  New York Actions;

8          WHEREAS, the parties anticipate that the remaining Actions currently pending in
9  this Court will be transferred to Judge Cote for coordinated and consolidated pretrial proceedings
10 with the Consolidated New York Actions;

11         WHEREAS, the parties have agreed that the response date in this action should not
12 come prior to the response date stipulated to in the Consolidated New York Actions;

13         WHEREAS, the parties have agreed that further case administration should take
14 place in connection with the Consolidated New York Actions;

15         WHEREAS, the parties agree that submission of this Stipulation should be without
16 prejudice to any of Plaintiff's claims or Defendants' defenses;

17         WHEREAS, unless otherwise provided for herein, this Stipulation will not modify
18 the schedule of this case;

19         NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
20 between Plaintiff and Defendants, as follows:

21         1.      Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Defendants' time to answer,
22 move, or otherwise respond to the complaint is hereby extended to the 60th day after a
23 consolidated amended complaint has been filed in the Consolidated New York Actions (or lead
24 plaintiffs' counsel has announced by filed notice that it will not be filing a consolidated amended
25 complaint);

26         2.      Pursuant to Civil Local Rules 16-2 and 7-12, the parties hereby stipulate that
27 the Initial Case Management Conference with this Court scheduled for January 6, 2011, should be
28 taken off calendar, as well as all dates required under Federal Rules of Civil Procedure 16 and 26

1 related to that Initial Case Management Conference, without prejudice to Plaintiff's and

2 Defendants' positions as to the dates on which these events should occur in the Consolidated New

3 York Actions;

4         3.    Further case adminsitration, including the negotiation of any brief scheduling

5 beyond the time for Defendants' time to answer, move, or otherwise respond to the complaint and

6 any pre-trial conferences governed by Federal Rules of Civil Procedure 16 and 26, shall occur in

7 connection with the Consolidated New York Actions;

8         4.    If any of the Defendants that are a party to this Stipulation responds to a

9 complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will

10 respond to the complaint in this action at the same time;

11        5.    None of Plaintiff's claims or Defendants' defenses are prejudiced or waived

12 by its submission of this Stipulation; and

13        6.    This stipulation is without prejudice to the right of any party to seek a further

14 adjustment to any of the dates contained in this stipulation based on future developments

15 DATED:  December 14, 2011

16                                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

17

18                                    By:   /s/  Raoul D. Kennedy
                                            RAOUL D. KENNEDY
19
20                                    525 University Ave., Suite 1100
                                      Palo Alto, California 94301
21                                    Telephone:  (650) 470-4500
                                      Facsimile:  (650) 470-4570

22                                    Attorneys for Specially Appearing Defendant
                                      HARPERCOLLINS PUBLISHERS L.L.C.
23
24        I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this
   Stipulation and [Proposed] Order Regarding: (1) Extending Time to Respond to the Complaint and
25 (2) Case Coordination.  In compliance with General Order 45, X.B., I hereby attest that each of the
   following signatories has concurred in this filing.

26

27

28

1

SHEARMAN & STERLING LLP

2

3

By:   /s/  James Donato
              JAMES DONATO

4

5

Four Embarcadero Center, Suite 3800
San Francisco, California 94111

6

Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199

7

Attorneys for Specially Appearing Defendant
HACHETTE BOOK GROUP, INC.

8

9

SIDLEY AUSTIN LLP

10

11

By:   /s/  Samuel R. Miller
              SAMUEL R. MILLER

12

555 California Street
San Francisco, California 94104

13

Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

14

15

Attorneys for Specially Appearing Defendant
HOLTZBRINCK PUBLISHERS, LLC D/B/A
MACMILLAN

16

AKIN GUMP STRAUSS HAUER & FELD LLP

17

18

19

By:   /s/  Reginald D. Steer
              REGINALD D. STEER

20

580 California Street, Suite 1500
San Francisco, California 94104-1036

21

Telephone:  (415) 765-9520
Facsimile:  (415) 765-9501

22

23

Attorneys for Specially Appearing Defendant
PENGUIN GROUP (USA) INC.

24

25

26

27

28

4

WEIL, GOTSHAL & MANGES LLP

By:  /s/  Gregory D. Hull
GREGORY D. HULL

201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

Attorneys for Specially Appearing Defendant
SIMON & SCHUSTER, INC.

GIBSON, DUNN & CRUTCHER LLP

By:  /s/  Daniel S. Floyd
DANIEL S. FLOYD

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7148
Facsimile:  (213) 229-7520

Attorneys for Specially Appearing Defendant
APPLE INC.

SCOTT+SCOTT LLP

By:  /s/  Walter W. Noss
WALTER W. NOSS

707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  (619) 233-4565

Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.    The CMC is reset to 6/29/12 at 9:00 a.m.
A joint CMC Statement shall be filed by
6/22/12.

Dated: ___12/27_____, 2011

_____
Hon. Edward M. Chen
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen